Manuel SANTOS; Yeni Santos–
Baltazar, Petitioners,

v.

**IMMIGRATION AND
NATURALIZATION SERVICE,**
Respondent.

No. 99–71343.

INS Nos. A72–527–332 A72–527–333.

United States Court of Appeals,
Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 26, 2001.

Before WALLACE, SILVERMAN, and
W. FLETCHER, Circuit Judges.

MEMORANDUM [2]

Manuel and Yeni Santos, natives and
citizens of Mexico, petition pro se for re-
view of the final decision of the Board of
Immigration Appeals dismissing their ap-
peal of an immigration judge's denial of
their applications for suspension of depor-
tation. Pursuant to the Illegal Immigra-
tion Reform and Immigrant Responsibility
Act of 1996 ("IIRIRA"), the transitional
rules apply, *see Kalaw v. INS,* 133 F.3d
1147, 1150 (9th Cir.1997), and we therefore
have jurisdiction under 8 U.S.C.
§ 1105a(a), as amended by IIRIRA
§ 309(c), *see Avetova–Elisseva v. INS,* 213
F.3d 1192, 1195 n. 4 (9th Cir.2000). We
deny the petition for review.

Petitioners contend that the "stop-time
rule"—a new continuous physical presence
requirement set forth in IIRIRA—cannot
be applied to them because they are in
deportation proceedings and the new rule

---

1. The panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.

applies only to applicants in removal proceedings. This contention is without merit. *See Ram v. INS*, No. 99–70918, 2001 WL 173309, at *3, *5 (9th Cir. Feb. 8, 2001).

Petitioners' contention that the stop-time rule violates equal protection is also without merit. *See id.* at *7.

We do not consider petitioner's eligibility, if any, for relief under the class action pending in the district court in accordance with *Barahona–Gomez v. Reno*, 167 F.3d 1228 (9th Cir.1999), *supplemental opinion*, 236 F.3d 1115 (9th Cir.2001). Our resolution of this case does not affect any interim or permanent relief awarded to members of the class certified in *Barahona–Gomez*.

PETITION FOR REVIEW DENIED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.